IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-cv-24654-KING

TATIANA RIBIERO,

    Plaintiff,

vs.

GABALESAM 1000, LLC Florida
for profit corporation, and AMELIA
DEL CARMEN ESPINOSA d/b/a
CAFETERIA CRIOLLO, an
individual,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. On August 11, 2015, this Court entered an Ordered titled "Notice that Case Will Be Dismissed for Lack of Prosecution." DE 8. The Court warned that "that the above-styled action will be dismissed on **August 18, 2015**, for lack of prosecution unless some record action is taken before that date to bring this case toward a resolution." *Id.* at 1. August 18, 2015, came and went with no record activity.

Therefore, it is **ORDERED, ADJUDGED, and DECREED**

1.    This action is hereby **DISMISSED** for failure to prosecute.

2.    The Clerk shall **CLOSE** this case.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of August, 2015.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

CC:   All Counsel of Record